IN RE: HERSCHEL KOZLOV, ESQ.

June 13, 1978. Petition for certification granted. (See 156 *N. J. Super.* 316)

STATE OF NEW JERSEY v. ROBERT KAISER.

June 21, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. CANDIDO TORRES.

June 21, 1978. Petition for certification denied.

HAROLD ROBERTS v. JOHN GOLDNER.

June 21, 1978. Petition for certification granted.

DONALD ADAMS v. JOHN GOLDNER.

June 21, 1978. Petition for certification granted. (See 156 *N. J. Super.* 299)

IN THE MATTER OF THE ELIZABETH EDUCATION ASSO-CIATION, CHARGED WITH CONTEMPT OF COURT.

June 21, 1978. Petition for certification denied. (See 154 *N. J. Super.* 291)